# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DEBORAH K. MYERS,**

    Plaintiff,

                              **CASE NO.**     **3:11-cv-252**

**-vs-**

                              **Judge Timothy S. Black**


**KETTERING MEDICAL CENTER,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Strike (Doc. 11) is **GRANTED**; Defendant's Motion for Summary Judgment (Doc. 9) is **GRANTED**; and that the case is **CLOSED**.

Date:   January 20, 2012                         **JAMES BONINI, CLERK**

                                                  By: <u>s/ M. Rogers</u>
                                                      Deputy Clerk