# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DEBORAH K. MYERS,**

   Plaintiff,

                           **CASE NO.    3:11-cv-252**

**-vs-**

                           **Judge Timothy S. Black**

**KETTERING MEDICAL CENTER,**

   Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Strike (Doc. 11) is **GRANTED**; Defendant's Motion for Summary Judgment (Doc. 9) is **GRANTED**; and that the case is **CLOSED**.

Date:   January 20, 2012                       **JAMES BONINI, CLERK**

                                               By: s/ M. Rogers
                                             Deputy Clerk